# IN THE CHANCERY COURT FOR SHELBY COUNTY, TENNESSEE
# FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| JOHN L. BULLOCK, <br><br> Plaintiff, <br><br> v. <br><br> WORLD SAVINGS BANK, FSB, <br> WACHOVIA MORTGAGE, MARY C. REEDER, <br> THE CITY OF MEMPHIS, PAMELA POPE <br> JOHNSON, MELISSA PALO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. CH-10-0916-1 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

Please take notice that, on June 24, 2010, Defendants World Savings Bank, FSB, Wachovia Mortgage and Mary C. Reeder filed a Notice of Removal removing this action to the United States District Court for the Western District of Tennessee. A true and accurate copy of the Notice of Removal, exclusive of exhibits, is attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

Robert F. Tom (BPR #26636)
Laura P. Merritt (BPR #26482)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: 901.526.2000
Facsimile: 901.577.2303
Email: rtom@bakerdonelson.com
*Counsel for World Savings Bank, FSB, Wachovia Mortgage and Mary C. Reeder*

M RFT 2073553 v1
1039341-000404 06/24/2010


EXHIBIT B

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _____ day of June, 2010, a true and exact copy of the foregoing Notice of Filing of Notice of Removal has been served upon the following counsel for the parties in interest herein by first-class U.S. mail, postage pre-paid:

John L. Bullock
3336 Durford Wood Cove
Memphis, Tennessee 38128

Zayid Saleem, Esq.
125 N. Main St., Room 336,
Memphis, Tennessee 38103

_____

M RFT 2073553 v1
1039341-000404 06/24/2010