IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

JOHN L. BULLOCK,

    Plaintiff/Petitioner,

vs.    NO.:   2:10-cv-02482

WORLDS SAVING BANK, FSB;
WACHOVIA MORTGAGE
SENIOR VICE PRESIDENT MARY C. REEDER;
THE CITY OF MEMPHIS; PAMELA POPE JOHNSON;
and MELISSA PALO,

    Defendants/Respondents.
_____

**MOTION TO DISMISS DEFENDANT CITY OF MEMPHIS**
_____

    Pursuant to Rule 12(b)(6) and Rule 12(b)(1), Federal Rules of Civil Procedure, Defendant City of Memphis, Tennessee moves the Court to dismiss the Complaint for the Plaintiff's claim against the City. A dismissal is appropriate because the Plaintiff has failed to set forth any foundation for a claim against the City as is required by Rule 12 of the Federal Rules of Civil Procedure.

    Wherefore, the City of Memphis respectfully requests the Court to dismiss the Plaintiff's claim against the City of Memphis and for all further relief the Court deems just and proper.

    Respectfully submitted,

    **HERMAN MORRIS, JR.**
    **CITY ATTORNEY**

    By: s/Zayid A. Saleem_____

Zayid A. Saleem, BPR. 026571  
Marcus D. Ward, BPR. 019192  
Attorneys for the City of Memphis  
125 North Main Street, Room 336  
Memphis, Tennessee   38103-2079  
Office No.:     (901) 576-6614  
Facsimile No.: (901) 576-6524  
Emails: ZAYID.SALEEM@MEMPHISTN.GOV  
MARCUS.WARD@MEMPHISTN.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2010, I electronically filed the foregoing document with the United States District Court, Western Division, by using the ECF system.  I further certify a copy of the foregoing document has been forwarded to the following counsel for the parties in interest herein via United States First Class Mail, postage prepaid, on this 1st, day of July 2010.

John L. Bullock, *Pro Se*  
3336 Durford Wood Cove  
Memphis, Tennessee  38128

Robert F. Tom, BPR. 26636  
Laura P. Merritt, BPR. 26482  
Baker Donelson, Bearman,  
Caldwell & Berkowitz, P.C.  
165 Madison Avenue, Suite 2000  
Memphis, Tennessee  38103  
Telephone No.:  901.526.2000  
Facsimile No.:   901.577.2303  
Email: rtom@bakerdonelson,com  
Counsel for World Savings Bank, FSB,  
Wachovia Mortgage and Mary C. Reeder

s/Zayid A. Saleem_____  
Zayid A. Saleem