IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN L. BULLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:10-cv-02482-SHM-cgc |
| v. | ) |
| | ) |
| WORLD SAVINGS BANK, FSB, | ) |
| WACHOVIA MORTGAGE, MARY C. REEDER, | ) |
| THE CITY OF MEMPHIS, PAMELA POPE | ) |
| JOHNSON, MELISSA PALO, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE, AND MARY C. REEDER'S MOTION TO DISMISS

Come now Defendants World Savings Bank, FSB, Wachovia Mortgage (properly referred to as Wachovia Mortgage FSB, the successor to World Savings Bank, FSB) and Mary C. Reeder (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully move this Court to dismiss Plaintiff's Petition for Action to Quiet Title, with prejudice for failure to state a claim upon which relief can be granted.  In support of this Motion, Defendants rely on their Memorandum of Law filed concurrently herewith and the entire record in this cause.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


s/ Robert F. Tom
Robert F. Tom (BPR #26636)
Laura P. Merritt (BPR #26482)
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Telephone:  901.526.2000
Facsimile: 901.577.2303
Email: rtom@bakerdonelson.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of July, 2010, a copy of the foregoing was electronically filed using the CM/ECF system and served on the following via U.S. Mail:

John L. Bullock
3336 Durford Wood Cove
Memphis, Tennessee 38128


s/ Robert F. Tom